IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIA H. NIEVES LEBRON,<br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br>    Defendant | CIVIL ACTION<br><br>NO. 17-580<br><br>**FILED**<br>APR 3 0 2018<br>KATE BARKMAN, Clerk<br>By_____Dep. Clerk |

## ORDER

AND NOW, this 30th day of April, 2018, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Dkt. No. 8) filed May 25, 2017; upon consideration of Defendant's Response to Request for Review of Plaintiff (Dkt. No. 11) filed June 20, 2017; upon consideration of Plaintiff's Reply Brief (Dkt. No. 13) filed July 31, 2017; and after review of the Report and Recommendation of United States Magistrate Judge Henry S. Perkin dated March 29, 2018, IT IS ORDERED that:

1. the Report and Recommendation is APPROVED and ADOPTED;

2. the relief sought by Plaintiff is GRANTED in part as described below;

3. the case is REMANDED to the Commissioner pursuant to the forth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation; and

4. in all other respects, Plaintiff's request for relief is DENIED.

BY THE COURT:

_____
GERALD A. MCHUGH, J.